IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  C. R. BARD, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION

                                                            MDL 2187

_____

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit, the plaintiffs and Tissue Science Laboratories Limited, C. R. Bard, Inc., and Sofradim Production (collectively referred to as "Defendants") have agreed to a settlement model with regard to Defendants. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and Defendants may submit an agreed order of dismissal with prejudice on or before February 17, 2017; if settlements are not finalized and dismissal orders are not submitted by February 17, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendants are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from the plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2187 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2563.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – THE POTTS LAW FIRM, LLP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-33315 | Hurt, Pamela |
| 2:13-cv-33318 | Lozano, Delia Carolina and David Lopez |
| 2:13-cv-33320 | Pendergraft, Diane Kay and Walter |
| 2:14-cv-00270 | Church, Kimberly |
| 2:14-cv-00275 | Salazar, Phyllis and Fred |
| 2:14-cv-00276 | Satawake, Catherine and John |
| 2:14-cv-00277 | Tucker, April and David Wayne Lance |
| 2:14-cv-01339 | Richardson, Nicole |
| 2:14-cv-01340 | Laughlin, Marquentia, Sr. |
| 2:14-cv-01342 | Zaenker, Liberty and Wolfgang |
| 2:14-cv-01347 | Ricketts, Linda Hurley and John |
| 2:14-cv-01348 | De Portillo, Jeanette and Danny Canton |
| 2:14-cv-01349 | Wright, Sandra |
| 2:14-cv-04077 | Deifer, Margaret |
| 2:14-cv-04082 | Diggs, Lucinda and Jimmie |
| 2:14-cv-04137 | Doughty, Elizabeth |
| 2:14-cv-04149 | Evett, Nina and Billy |
| 2:14-cv-04183 | Gholson, Laura and Russell |

| | |
|---|---|
| 2:14-cv-04214 | Hassell, Janice |
| 2:14-cv-04234 | Hiles, Cathy and John Edward |
| 2:14-cv-04253 | Howe, Wilma and Donald |
| 2:14-cv-04293 | Keck, Linda |
| 2:14-cv-04313 | Knighten, Dayleen and Charles |
| 2:14-cv-04317 | Kraus, Denise and Edward, Jr. |
| 2:14-cv-04351 | Mancuso, Jacquelyn and Anthony, Sr. |
| 2:14-cv-04353 | Mann, Alexandra |
| 2:14-cv-04358 | Matthews, Rebecca and Major Wm. |
| 2:14-cv04369 | Merer, Nina |
| 2:14-cv-04372 | Mohler, Mary and Wendell |
| 2:14-cv-04381 | Owens, Bertha and Michael |
| 2:14-cv-04383 | Padilla, Christina |
| 2:14-cv-04388 | Pate, Sarah and Eddie, Sr. |
| 2:14-cv-04390 | Petersen-Donofrio, Sandra |
| 2:14-cv-04392 | Pollard, Carol and Ned Edwin |
| 2:14-cv-04394 | Priar, Laurie |
| 2:14-cv-04396 | Primeaux, Kelly |
| 2:14-cv-04398 | Putt, Sheila and Brian Mark Webb |
| 2:14-cv-04400 | Rayfield, Penny |
| 2:14-cv-04403 | Simmons-Miller, Brenda Jean |
| 2:14-cv-04404 | Smith, Leslie and Max, II |

| | |
|---|---|
| 2:14-cv-04408 | Sofley, Terry |
| 2:14-cv-04411 | Stacy, Sadie and Randall Cox |
| 2:14-cv-04414 | Summers, Suanne |
| 2:14-cv-04419 | Todd, Wanetta |
| 2:14-cv-04420 | Trent, Barbara and James |
| 2:14cv-05122 | Jackson, Stephanie and Leroy |
| 2:14-cv-05923 | Vannoy, Nikeeia |
| 2:14-cv-05925 | Walker, Betty Elizabeth and Clarence |
| 2:14-cv-05943 | Woods, Norma and Larry |
| 2:14-cv-05953 | Yex, Lynn |
| 2:14-cv-06540 | Peebles, Demetria and Paul Demetrius |
| 2:14-cv-08213 | Holloway, Theresa and John, Sr. |
| 2:14-cv-08226 | Lewis, Kathy and Gary |
| 2:14-cv-08230 | Reddell, Sue |
| 2:14-cv-08625 | Alger, Teresa |
| 2:14-cv-08627 | Ashby, LaVon |
| 2:14-cv-08630 | Balderas, Christine |
| 2:14-cv-08632 | Beard, Marilyn |
| 2:14-cv-08633 | Berry, Linda and Donald, Sr. |
| 2:14-cv-08634 | Blackmon, Roberta and Tom |
| 2:14-cv-08636 | Blessing, Kathleen and James |
| 2:14-cv-08639 | Bolon, Benita and John |

| | |
|---|---|
| 2:14-cv-08643 | Brock, Elizabeth and John |
| 2:14-cv-08646 | Campbell, Evelyn and Everett Lee |
| 2:14-cv-08647 | Carrasco, Dianne and Martin |
| 2:14-cv-08653 | Saenz, Josephine and Juan Carlos |
| 2:14-cv-09011 | Bowman, Shonnie |
| 2:14-cv-09041 | Carter, Jeanne |
| 2:14-cv-09044 | Davidson, Sharon Kay and Ralph |
| 2:14-cv-09062 | Rinehart, Rebecca Hoggard |
| 2:14-cv-09064 | Telford, Joyce and Andrew |
| 2:14-cv-09246 | Collier, Jeannette |
| 2:14-cv-09249 | Creditt, Pamela and Kevin |
| 2:14-cv-09254 | Davis, Harriett |
| 2:14-cv-09580 | Wilbanks, Rhonda |
| 2:14-cv-09581 | Childers, Anita and Jesse |
| 2:14-cv-09584 | Coleman, Susan and Johnny |
| 2:14-cv-09643 | Alexander, Demetria |
| 2:14-cv-09646 | Mowen, Linda |
| 2:14-cv-09989 | Black, Mary |
| 2:14-cv-09994 | Cartwright, Linda and James |
| 2:14-cv-10031 | Follett, Kathryn and Tex, Sr. |
| 2:14-cv-10103 | Mondary, Linda and Paul |
| 2:14-cv-11453 | Reviere, Virginia |

| 2:14-cv-11479 | Bardell, LaVonne |
|---|---|
| 2:14-cv-13026 | Allen, Julia |
| 2:14-cv-13629 | Bass, Wanda |
| 2:14-cv-15107 | Fisher, Paula and John, Sr. |